UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY,<br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>R.I. CRANSTON ENTERTAINMENT INC., et al.,<br>　　　　　　　　　Defendants. | C.A. No. 21-cv-00063-JJM-PAS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties stipulate to the dismissal of all claims and counterclaims with prejudice, each party to bear its own costs and attorney's fees, and waiving all rights of appeal.

R.I. CRANSTON ENTERTAINMENT, INC. AND STEVEN MEDEIROS, By their attorneys,

　　　/s/ Daniel Calabro, Jr.

Daniel Calabro, Jr. (RI Bar #7850)
127 Dorrance Street, Lower Level
Providence, RI 02903
(401) 203-0473
calabrolaw@gmail.com

THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY, By its attorneys,

　　　/s/ Harvey Nosowitz

Christina S. Marshall (RI Bar #9062)
Harvey Nosowitz (*pro hac vice*)
ANDERSON KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA 02109
617-621-6500
cmarshall@andersonkreiger.com
hnosowitz@andersonkreiger.com

ABIGAIL RATCHFORD, ET AL.,
By their attorneys,

　　　/s/　　John Golaszewski

John V. Golaszewski (phv# 10074)
Casas Law Firm, P.C.
1740 Broadway, 15th Floor
New York, New York 10019
(646) 872-3178
john@talentrights.law

Dated: September 10, 2024